**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

ERMIR BERISHA and ARLIND LLC,            Case No.: 7:24-cv-8605-NSR

                     Plaintiffs,

 -against-                                      **NOTICE OF MOTION**

COTERIE INSURANCE AGENCY, LLC,
and SPINNAKER INSURANCE COMPANY,

                     Defendant.
--------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Douglas Steinke and the exhibits annexed thereto, and upon all pleadings, papers, and proceedings had heretofore in this case, Defendant Coterie Insurance Agency, LLC ("Coterie") respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), for an Order dismissing Plaintiffs' Complaint with prejudice, and for such other and further relief that the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule set by the Court on January 13, 2025, any responsive papers must be served by Plaintiffs by March 31, 2025, and any reply papers will thereafter be served by Coterie by April 15, 2025.

Dated: New York, New York
       February 27, 2025

**KENNEDYS CMK LLP**

_____
Douglas Steinke, Esq.
*Attorneys for Defendant*
22 Vanderbilt Avenue, Suite 2400
New York, New York 10017
(212) 252-0004
douglas.steinke@kennedyslaw.com

---

**Deft. Coterie's Motion to Dismiss is Denied without prejudice to refile on the reply date, April 15, 2025 (see ECF No. 24). Clerk of Court is requested to terminate the motion at ECF No. 28.**
**Dated: February 28, 2025**
      **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

TO: MAKER, FRAGALE & DI COSTANZO, LLP
*Attorneys for Plaintiff*
350 Theodore Fremd Avenue
Rye, New York 10580
(914) 925-1010